# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 06-cv-00885-WYD-CBS** | FTR - Reporter Deck, Crtrm A402 |
| **Date: October 11, 2006** | Courtroom Deputy, Ellen E. Miller |

MARICELA CARBAJALDavid A. Olivas
Gregory A. Gold

**Plaintiff(s),**
v.

CONSECO LIFE INSURANCE COMPANY,Todd W. Miller   (by telephone)

**Defendant(s)**

JOHN W. SUTHERS,Terrence A. Gillespie
DAVID F. RIVERA,Sueanna P. Johnson

**Interested Parties.**

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:**STATUS CONFERENCE / MOTIONS HEARING
**Court in Session:**   2:30 p.m.
Court calls case. Appearance of counsel.

Discussion is held regarding the Motions to Quash Subpoenas filed by the government entities.

The Court has reviewed the documents submitted previously by Mr. Gillespie for *in camera* inspection. Ms. Johnson tenders to the Court documents which the Court reviews *in camera*.

**It is ORDERED:**State Attorney General's MOTION TO QUASH SUBPOENA AND SUBPOENA DUCES TECUM TO JOHN SUTHERS AND FOR A PROTECTIVE ORDER (Docket No. 21, Filed October 04, 2006) is **GRANTED** for reasons as stated on the record.
The subpoenas are quashed and it is deemed no Protective Order is needed at this time.

**It is ORDERED:**Colorado Commissioner of Insurance's MOTION TO QUASH SUBPOENA DUCES TECUM SERVED UPON THE COLORADO COMMISSION OF INSURANCE (Docket No. 25, Filed October 06, 2006) is **GRANTED** for reasons as stated on the record.

*06-cv-00885-WYD-CBS*
*Status Conference / Motions Hearing*
*October 11, 2006*

Mr. Miller requests an extension of two days within which to submit the Defendant's responses to the Plaintiff's discovery requests. Mr. Miller has discussed this with his client and with Mr. Gold. Mr. Gold notes there is no objection to the two day extension.

**It is ORDERED:**     Defendant Conseco's ORAL MOTION FOR A TWO-DAY EXTENSION WITHIN WHICH TO SUBMIT DISCOVERY RESPONSES is **GRANTED.**

The responses must be either hand-delivered to Mr. Gold's office or e-mailed to him by CLOSE OF BUSINESS **OCTOBER 13, 2006.**

HEARING CONCLUDES.

**Court in recess:**     3:03  p.m.
Total In-Court Time:     00:33