IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00885-WYD-CBS

MARICELA CARBAJAL,

    Plaintiff,

v.

CONSECO LIFE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Motion to Stay Proceedings for 30 Days Pending Submission of Settlement Documents (*doc. no. 41)* is **GRANTED**.  Accordingly, it is hereby

    **ORDERED** that this matter is STAYED.  It is further

    **ORDERED** that the parties shall file a either a motion to dismiss with prejudice, or a status report regarding the progress of completing settlement documentation no later than **January 19, 2007**.

**DATED:**    December 26, 2006