IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00885-WYD-CBS

MARICELA CARBAJAL,

    Plaintiff,

v.

CONSECO LIFE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Parties' Joint Motion to Dismiss With Prejudice, filed April 30, 2007 (docket #53).  The parties state that they have settled the within dispute, and request that this matter be dismissed with prejudice.  Upon consideration of the motion and file herein, it is hereby

ORDERED that the Parties' Joint Motion to Dismiss With Prejudice, filed April 30, 2007 (docket #53) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

    Dated:  May 3, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge